UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

ANTONIO T. MASSEY                                                 PLAINTIFF

v.                                      CIVIL ACTION NO. 5:20-CV-P67-TBR

STEVEN BIRDSONG et al.                                     DEFENDANTS

## ORDER

Before the Court is the motion for subpoena (DN 60) filed by *pro se* Plaintiff Antonio T. Massey. He asks the Court to subpoena the Kentucky State Penitentiary for medical records, video footage, camcorder footage, and "PICER" records for the date May 12, 2019.

The Court **GRANTS** Plaintiff's motion (DN 60).

Rule 45 of the Federal Rules of Civil Procedure authorizes the issuance of a subpoena to compel a non-party to produce evidence independent of any deposition. However, before a subpoena can be issued by the Clerk, Plaintiff must submit a completed subpoena form to the Clerk's Office.

The Clerk of Court is **DIRECTED** to send Plaintiff a blank subpoena form titled "Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action" (Form AO 88B) with the instant case caption and case number affixed thereto.

The Court provides the following guidance to the *pro se* Plaintiff for completing the subpoena form: (1) in the first portion of the subpoena where there is a blank line after the word "To," Plaintiff must write or type the name of the person or entity to whom the subpoena is directed, *i.e.*, the name of the person or entity that he wishes to obtain the materials from; (2) Plaintiff must describe the materials he seeks to obtain; and (3) in the boxes where it states "Place" and "Date and Time," Plaintiff must write where he wants the person or entity to

produce the materials, which is presumably Plaintiff's mailing address, and the date and time he wants this done.

Once Plaintiff returns the completed subpoena form to the Clerk's Office, the **Clerk of Court is DIRECTED to issue the subpoena and deliver it to the United States Marshal for service**.

Date: October 29, 2021

**Thomas B. Russell, Senior Judge
United States District Court**

cc: Plaintiff, *pro se*
    Counsel of record
4413.009