# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

**ANTONIO T. MASSEY**                                              **PLAINTIFF**

**v.**                                        **CIVIL ACTION NO. 5:20-CV-P67-JHM**

**STEVEN BIRDSONG et al.**                                        **DEFENDANTS**

## **JUDGMENT**

Because Defendant Karen Smith's motion for summary judgment has been granted (DN 89) and all other claims and parties have been dismissed, and being otherwise sufficiently advised,

**IT IS ORDERED** that **JUDGMENT** is entered for Defendant Karen Smith.

There being no just reason for delay in its entry, this is a **final** Order.

The Court **certifies** that an appeal *in forma pauperis* would not be taken in good faith.

Date: July 17, 2023

*[Signature]*

Joseph H. McKinley Jr., Senior Judge
United States District Court

cc:  Plaintiff, *pro se*
     Counsel of record
4414.009